# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one

611 Pennsylvania Ave, SE #310

Washington D.C. 20003

926 La Canada Verdugo Road, Altadena CA 91001

Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

Case: 1:26–cv–00919 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 2/27/2026
Description: Pro Se Gen. Civ. (F–DECK)

## UNITED STATES DISTRICT COURT

## IN DA DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,** | ) Case No. _____ |
| Petitioner, | ) <u>Lead Identical Pending Related Case:</u> |
| vs. | ) U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025, Superior Court , D.C., BA332095 ; BA362256, BC340942 , 20STCP04250,Superior Court, L.A. ; |
| **SATAN**, a.k.a Lucifer da fallen Loser, | ) **PETITION FOR ANTI-STALKING TEMPORARY RESTRAINING (T.R.O.)  AGAINST RULER  OF SATAN'S GOVERNMENT SATAN , a.k.a. Lucifer da Fallen Loser,** |
| Respondent, | ) **PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 (b) (1-4) ET. SEQ. ; M. G. L. c. 265-43A;  California Code Civil Procedure 527..6; 527.8 ; D.C. CODE SECTIONS 22-3131 THROUGH 22-3135 ; 18 U.S.C. 2261(A) ET. SEQ.** |
| **" JUDGMENT IS COMING "** | ) |
| **# $7,000,000,000.00** | ) **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

<span style="color:red;font-weight:bold">RECEIVED</span>

FEB 27 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

<u>**PETITION**</u>

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST INDIRA TALWANI
PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A)
ET. SEQ.  - 1

## PREFACE

'" DEFENDANT AND RECUSED JUDICIAL OFFICER MOB BOSS MARY ANN MURPHY, a.k.a. 'typhoid mary' IN CASE ENTITLED MOON VS. CADE ET. AL. CASE NO. BC340942 FILED ON OCTOBER 5, 2025 CLOSED ON MARCH 14, 2023 PROFESSED AND CONFESSED 'bull dyke' ISSUED A PRE-FILING ORDER AGAINST 'daredeemer' ON APRIL 1, 2008 , AMENDED ON JUNE 6, 2008 AND SEPTEMBER 30, 2008  TO PROTECT HER LOVERS JILL CHRISTIE BODDIE , WARREN CADE AND TULIKKA CEE "

**RESPONDENT MARY ANN MURPHY** [SATAN] **:**

1.  On February 10, 2026, Respondent Mob Boss Mary ~~Ann Murphy~~ [SATAN] directed her underlings David Ormon Carter, Tanya Sue Chutkan, Jill Christie Boddie, Indira Talwani, Anna Elizabeth Blackburne -rigsby  to not allow 'daredeemer' to Vacate, Set-Aside, and Strike da Pre-filing order of September 20, 2022, see, read , understand, and consider case entitled L.A. ALLIANCE HUE-MAN RIGHTS et. al. vs. City and County of Los Angeles et. al. case no 2:20-cv-02291-DOC, docket # 1152 through 1169 et. seq. and Petition For Anti-Stalking Temporary Restraining Order ( t.r.o. ) against David Ormon Carter, Anna Elizabeth Blackburne-rigsby , Jill Christie Boddie, Tanya Sue Chutkan, Indira Talwani, as Motions A, B, C, D, incorporated by this reference.   Which caused 'daredeemer' to fear for his life , remain homeless, suffer emotional stress of losing property in Altadena and Palisades, California  actual cost and damages of $7,000,000,000.00.

2.  On April 5, 2005, in case Moon vs. Cade et. al BC340945, Superior Court, Los Angeles, Defendant Mary Ann Murphy, after being served with a timely and proper C.C.P. 170.6 from both da Plaintiff and Defendant sides in da case failed to recuse herself. Respondent Murphy, Warren Cade, and Jill Christie Boddie were engaged in a triangle Homosexual illegal relationship, Then Respondent Murphy in retaliation filed a pre-filing order against 'daredeemer' to protect her lovers Cade and Boddie which stands to date !

3.  Since March 31, 2023 to present Respondent Jill Christie Boddie, a.k.a. 'Killer'

, with evil, vicious, heinous , Hamas Domestic Terrorism criminally conspired with co-defendants Mob Boss Anna Elizabeth Blackburne-rigsby, Elizabeth Carroll Wingo, Jason Lavey, Julio Castillo, Sherman Williams, Roquisha Wilson-Jefferson, Corrine Ann Beckwith, Court of Appeal, D.C., Tanya Sue Chut Ann Murphy, Patricia Donahue, Sarah Steilberger, Tulikka Cee, Kimberly Sheree Knowles, John J. Sample , Thomas Healy, Dante Owens, specifically, and Satan, ROES / DOES 1-350 inclusively , generally traveled to kill, steal, and destroy 'daredeemer'.

4.  On March 31, 2023, Mob Boss Anna Blackburne-rigsby and her underlings directed da Metropolitan D.C. Police Department falsely arrest 'daredeemer' for da charges of Kidnaping, Assault , Grand Theft, Vandalism , Attempted Murder which 'daredeemer' feared for his safety , felt seriously alarmed and disturbed , and suffer emotional distress. See, read, understand, and consider attached Motion A ( ) Arrest Document  incorporated by this reference.

5.  On December 15, 2023, Defendant Corrine Ann Beckwith ( acting Chief Judge ) (202) 879-2728 recused Anna Elizabeth Blackburne-rigsby from cases 2023 CCC 0025 and all cases on Appeal ( 23-FM-0830 ; 23-CO-0863 ; 23-C0-0955; 24-C0-0495; 23-CO-0632, but filed to Vacate , Set-Aside and Strike all Defendant  Mob Boss Anna Elizabeth Blackburne-rigsby orders.  Which caused 'daredeemer' fear for his safety , seriously alarmed , disturbed and frightened and suffer emotional stress and actual damages of $7,000,000,000.00. See, read, understand, and consider attached Motion B ( ) order dated December 15, 2023) incorporated by this reference.

5.  On December 19, 2023, Respondent Murphy, Boddie , Blackburne-rigsby, Patricia Donahue , Steilberger with vicious, evil , heinous, Hamas Domestic Terrorism criminal conspired to abduct 'daredeemer' , kidnapped for Ransom to Satan's stronghold D.O.C. D.C. Jail until December 29, 2025.

6.  On April 10, 2023, Defendant Mob Boss Anna Elizabeth Blackburne-rigsby directed her underlings to destroy 'daredeemer's RESPONSE to Defendant Thomas

Healy's Motion to Withdraw as Appointed Counsel then Dismissed case no .24-CM-0495 see attached Motion C (  ) pages incorporated by this reference.

5. On September 10, 2025, Recused Defendant Mob Boss Anna Elizabeth Blackburne-rigsby issued another illegal order. Terrorist threatening that 'daredeemer' shall be arrested if he was to enter into Court of Appeal, D.C. to file documents . 'daredeemer' has filed over Twenty (20) pleading through da email: emergencyfilings@dcappeal.gov and Recused Defendant Mob Boss Anna Elizabeth has not filed and docketed these pleading in contempt of his own illegal voidable order of September 10, 2025  see attached Motion B (  ) pages incorporated by this reference.

**Orders To Be Issued:**

6. 'daredeemer' request that da court issue a Temporary Anti-Stalking Restraining order against Respondent ~~Mob Boss Mary Ann Murphy~~ Order SATAN and set a hearing for a permanent Anti-Stalking Restraining .

7. Order that Respondent Mary Ann Murphy, Vacate. Set-Aside , and Strike retroactively da pre-filing order dated April 1, 2028 in case Moon vs. Cade et. al. case no. BC340942.  And not make any contact with Petitioner except by way of a retained Lawyer.

8. Issue stay away orders of Respondent Mary Ann Murphy to stay away for Petitioner 's person at least 500 yards ; Home; Vehicle ; legal case especially cases whereby Adrian Damico Moon was, is , and to be a party to da action.

9. Order that Respondent Mary Ann Murphy can voluntarily resign as Judicial officer in any Court of da United States of America in lieu of a scheduling of an Congressional Hearing with da United States Congress for investigation , indictment, impeachment and prosecution.

10. 'daredeemer' reserves da right to add evidence , and witnesses at da hearing for da Temporary Anti-Stalking Restraining Order Hearing .

12. On February 10, 2026, Respondent Murphy and Defendant David Ormon Carter

with vicious, evil , heinous , Hamas Domestic Terrorism criminally conspired then denied to hear 'daredeemer' s Ex parte Application to Vacate , Set-aside , and strike Defendant Carter's pre-filing order of September 20, 2022.

13. Respondent Mary Ann Murphy to undergo a full battery of Mental , Medical , Physical Health evaluations and Drug Use Testing before da hearing on da permanent Anti-Stalking Restraining Order, forthwith.

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God..

DATED : February 14, 2026           by: _____

KING Adrian 'daredeemer' Moon, Petitioner

da blood

Motion 1, 2

# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon,GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153 admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**IN DA CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform, <br><br> Petitioner, Plaintiff, and Appellant, <br><br> vs. <br><br> **NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.** <br><br> Respondents, Defendants, and Appellees, <br><br> **" JUDGMENT IS COMING "** <br><br> **# $7,000,000,000.00** | Case No.  **2:20-CV-02291-DOC** <br><br> Lead Identical Pending Related Case: <br> **Moon vs. Satan, Roes/Does 1-350 et.al case nos**. <br> 1:25-CV-03988-TS <br> 26-5061, U.S. C.O.A.,D.C. <br> 25-CO-0632, C.O.A. D.C. <br> 2023 CCC 0025, BA332095, BA362256 <br> Superior Court, D.C. and Los Angeles <br><br> **NOTICE OF CRIMINAL APPEAL :** <br><br> **AND MOTION FOR LEAVE COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEAL IN THIS INSTANT CASE PENDING OR CLOSED TO LEAD IDENTICAL RELATED PENDING  CASE NO 26-5061 IN DA UNITED STATES COURT OF APPEAL, DISTRICT OF COLUMBIA… ( Proposed) ORDER THEREON** <br><br> **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

NOTICE OF CIVIL APPEAL AND MOTION FOR LEAVE OF COURT TO FILE REQUEST FOR ORDERS TO CONSOLIDATE ALL APPEALS CASE PENDING OR CLOSED IN THIS INSTANT CASE PENDING OR CLOSE TO LEAD IDENTICAL RELATED PENDING CASE NO. 26-5061 IN DA UNITED STATES COURT OF APPEAL DISTRICT OF COLUMBIA

-1

# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN#Chosen one
926 La Canada Verdugo Rd Altadena CA 91001
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner, Plaintiff , And Appellant In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA  CENTRAL DISTRICT OF CALIFORNIA

**ADRIAN DAMICO MOON,** an individual recipient of SNAP and suing in her official capacity as Czar of Homelessness and Anti-Semitic Reform,

Petitioner, Plaintiff, and Appellant,

vs.

**NINTH CIRCUIT DISTRICT COURT OF APPEAL, OFFICE OF DA CIRCUIT EXECUTIVE UNITED STATES COURT OF APPEAL, DAVID ORMON CARTER, MARY ANN MURPHY, ELIZABETH ANNE MITCHELL, MATTHEW DONALD UMHOFER, DIANE H. BANG , KAREN RUTH BASS, KATHERYN ANN BARGER-LIEBRICH, PATRICIA DONAHUE, SATAN, DOES/ROES 1-350 INCLUSIVELY , ET. AL.**

Respondents, Defendants, and Appellees,

**" JUDGMENT IS COMING "**

**# $7,000,000,000.00**

Case No.  **2:20-CV-02291-DOC** (kosx)

Lead Identical Pending Related Case:
**Moon vs. Satan, Roes/Does 1-350 et.al case nos.**
1:25-CV-03988-TSC
26-5061, U.S. C.O.A.,D.C.
25-CO-0632, C.O.A. D.C.
2023 CCC 0025, BA332095, BA362256
Superior Court, D.C. and Los Angeles

**EMERGENCY MOTION PURSUANT TO PRE-FILING ORDER OF DAVID ORMON CARTER DATED SEPTEMBER 20, 2022 FOR MOTION FOR LEAVE OF COURT TO FILE MOTIONS NOTICE OF CIVIL AND CRIMINAL APPEALS, SUPPLEMENTAL  IN SUPPORT OF NOTICE OF CRIMINAL APPEAL AND CIVIL APPEAL AND ORDERS TO ALLOW ADRIAN DAMICO MOON TO JOINDER, INTERVENE AND PARTICIPATE AS AMICUS CURIE  IN WRIT OF MANDAMUS CASE NO. 26-784 IN DA UNITED STATES NINTH CIRCUIT DISTRICT COURT  AND re: sanction of $5,000.00 AGAINST  DEFENDANTS DAVID ORMON CARTER AND KARLEN DUBON FOR CONTEMPT OF PRE-FILING ORDER DATED SEPTEMBER 20, 2022 ET.SEQ.  ( Proposed ) ORDER THEREON**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

1ST PAGE ONLY

EMERGENCY MOTION PURSUANT TO PRE-FILING ORDER OF DAVID ORMON CARTER DATED SEPTEMBER 2022 FOR MOTION FOR LEAVE OF COURT TO FILE MOTIONS ( Proposed) ORDER THEREON     -1

Motion 2