**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ADRIAN DAMICO MOON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-00919 (UNA) |
| | ) | |
| SATAN | ) | |
| *also known as* | ) | |
| LUCIFER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is hereby

**ORDERED** that Plaintiff's motion [2] for leave to proceed *in forma pauperis* is **GRANTED**; it is further

**ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), Plaintiff's complaint and this case are **DISMISSED** with prejudice as "patently insubstantial." *Moon v. Satan*, No. 25-cv-03988 (TSC) (D.D.C. Jan. 9, 2026)  (attached).

This is a final appealable Order.

_____/s/_____
CHRISTOPHER R. COOPER
Dated: May 7, 2026                    United States District Judge