## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADRIAN DAMICO MOON
Plaintiff

vs.

Civil Action No. <u>1-26-CV-00557</u>    00 919

SATAN , LUCIFER DA FALLEN LOSER
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  2  day of  JUNE  , 20 26  , that

ADRIAN DAMICO MOON

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  8th  day of  MAY  , 20 26

in  favor of  SATAN, MARY ANN MURPHY, 'typhoid mary'

against said  ADRIAN DAMICO MOON

<u>KING Adrian 'daredeemer' Moon</u>
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

SATAN, Lucifer da fallen Loser   11475 Rose ave , Los Angeles CA 90066
White House 1600 Pennsylvania ave ,NW Washington D.C. 20500
ANDREW MAZZUCHELLI  441 4TH STREET #450,NW WASHINGTON D.C. 20001
DONALD JOHN TRUMP , 'teflon don '  whitehouse 1600 Pennsylvania ave Washington D.C. 20500
MARY ANN MURPHY  11475 ROSE AVE , LOS ANGELES CA 90066

RECEIVED
JUN 2 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA
SATAN, 'Lucifer de Fahonluser
vs.

ADRIAN DAMICO MOON

Criminal No. 1-26-CV-00919

## NOTICE OF APPEAL

Name and address of appellant:

ADRIAN DAMICO MOON
611 PENNSYLVANIA AVE ,SE #310
WASHINGTON D.C. 20003

Name and address of appellant's attorney:   SAME AS ABOVE

Offense:  ATTEMPTED MURDER

Concise statement of judgment or order, giving date, and any sentence:

CLOSED

Name and institution where now confined, if not on bail:  D.C.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

June 2, 2026
DATE

APPELLANT

ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ✔ |
| CJA, NO FEE | ✔ |
| PAID USDC FEE | |
| PAID USCA FEE | |

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | |
| Has counsel ordered transcripts? | ✔ | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ✔ | |

(2 of 2)