APPEAL,CLOSED,E–NTC,IFP,JURY,PROSE–NP,TYPE–F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:26–cv–00919–UNA</u>

MOON v. SATAN
Assigned to: Unassigned
Cause: 42:1983 Civil Rights Act

Date Filed: 02/27/2026
Date Terminated: 05/07/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**ADRIAN DAMICO MOON**          represented by   **ADRIAN DAMICO MOON**
955 North Lake Avenue
Pasadena, CA 91104
(771) 215–8153
Email: <u>admoon172@gmail.com</u>
PRO SE

V.

**<u>Defendant</u>**

**SATAN**
*also known as*
LUCIFER

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2026 | 1 | COMPLAINT against SATAN with Jury Demand filed by ADRIAN DAMICO MOON. (Attachments: # 1 Civil Cover Sheet) (zjd) (Entered: 03/19/2026) |
| 02/27/2026 | 2 | MOTION for Leave to Proceed in forma pauperis by ADRIAN DAMICO MOON. (zjd) (Entered: 03/19/2026) |
| 02/27/2026 | | **Initiating Pleading & IFP Application Received.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zjd) (Entered: 03/19/2026) |
| 05/07/2026 | 3 | ORDER DISMISSING PRO SE CASE WITH PREJUDICE. Ordered that the application of the plaintiff to proceed in forma pauperis is granted. This is a final appealable Order. Pro Se party has been notified by first class mail. Signed by Judge Christopher R. Cooper on 5/7/2026. (Attachments: # 1 Opinion in 25cv3988) (znmw) (Entered: 05/07/2026) |
| 05/30/2026 | 4 | NEW Pro Se Consent To Receive Notices of Electronic Filing by ADRIAN DAMICO MOON (gsk) (Entered: 06/03/2026) |
| 06/02/2026 | 5 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 3 Order Dismissing Pro Se Case, by ADRIAN DAMICO MOON. Fee Status: IFP. (gsk) (Entered: 06/03/2026) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ADRIAN DAMICO MOON
_____
                Plaintiff

                                        00 9 1 9
        vs.                    Civil Action No. 1-26-CV-00557
                                           ~~~~~~~~

SATAN , LUCIFER DA FALLEN LOSER
_____
                Defendant

# NOTICE OF APPEAL

Notice is hereby given this  2      day of   JUNE            , 20 26    , that

ADRIAN DAMICO MOON

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   8th          day of  MAY           , 20 26

in  favor of   SATAN, MARY ANN MURPHY, 'typhoid mary'

against said   ADRIAN DAMICO MOON

_____
        KING Adrian 'daredeemer' Moon
        Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses
               indicated:

SATAN, Lucifer da fallen Loser   11475 Rose ave , Los Angeles CA 90066
                        White House 1600 Pennsylvania ave ,NW Washington D.C.
20500
ANDREW MAZZUCHELLI  441 4TH STREET #450,NW WASHINGTON D.C. 20001
DONALD JOHN TRUMP , 'teflon don '  whitehouse 1600 Pennsylvania ave Washington D.C.
20500
MARY ANN MURPHY  11475 ROSE AVE , LOS ANGELES CA 90066

RECEIVED
JUN 2 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

CO-290
Notice of Appeal Criminal
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA
SATAN, Lucifer de Fahonlisei
vs.

ADRIAN DAMICO MOON

Criminal No. 1-26-CV-00919

## NOTICE OF APPEAL

Name and address of appellant:

ADRIAN DAMICO MOON
611 PENNSYLVANIA AVE ,SE #310
WASHINGTON D.C. 20003

Name and address of appellant's attorney:   SAME AS ABOVE

Offense:  ATTEMPTED MURDER

Concise statement of judgment or order, giving date, and any sentence:

CLOSED

Name and institution where now confined, if not on bail:  D.C.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

June 2, 2024
DATE

APPELLANT

ATTORNEY FOR APPELLANT

| | | |
|---|---|---|
| GOVT. APPEAL, NO FEE | ✔ | |
| CJA, NO FEE | ✔ | |
| PAID USDC FEE | | |
| PAID USCA FEE | | |

Does counsel wish to appear on appeal?   YES ✔   NO ☐
Has counsel ordered transcripts?   YES ✔   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✔   NO ☐

(2 of 2)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ADRIAN DAMICO MOON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-00919 (UNA) |
| | ) | |
| SATAN | ) | |
| *also known as* | ) | |
| LUCIFER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is hereby

**ORDERED** that Plaintiff's motion [2] for leave to proceed *in forma pauperis* is

**GRANTED**; it is further

**ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), Plaintiff's complaint and this

case are **DISMISSED** with prejudice as "patently insubstantial." *Moon v. Satan*, No. 25-cv-03988

(TSC) (D.D.C. Jan. 9, 2026)  (attached).

This is a final appealable Order.

_____/s/_____
CHRISTOPHER R. COOPER
United States District Judge

Dated: May 7, 2026

4

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

</div>

| | |
|---|---|
| **ADRIAN DAMICO MOON**, <br><br> Plaintiff, <br><br> v. <br><br> **SATAN**, *et al.*, <br><br> Defendants. | No. 25-cv-3988 (TSC) |

<div align="center">

**OPINION & ORDER**

</div>

*Pro se* Plaintiff Adrian Damico Moon filed this suit against Satan—a "spiritual being" also known as "Lucifer da fallen Loser"—and Satan's "underlings,"[1] seeking $7 billion in damages, a pardon for himself and "Sean 'Puff Daddy' Combs," and various other relief. Compl. ¶¶ 12, 15, ECF No. 1 (cleaned up). He alleges that Satan and the other Defendants "have come against [him] with evil, vicious, heinous Hamas Domestic Terrorism;" have "conspired to Steal" $1 billion dollars in his "Personal and Real Estate Properties;" and have attempted to "Murder" and "Destroy" him. *Id.* ¶¶ 5, 12. He brings a single count of "Treason" under the Racketeer Influenced and Corrupt Organizations Act. *Id.* ¶¶ 14, 15. Because the court lacks jurisdiction over Plaintiff's patently insubstantial claim, it will *sua sponte* DISMISS the case.[2]

---

[1] The other Defendants are President Donald Trump, D.C. Attorney General Brian Schwalb, two officials in the clerk's office of the U.S. District Court for the District of Massachusetts, and their unknown "agents," who Plaintiff refers to as "Does 1 through 350." Compl. ¶¶ 6–10.

[2] Plaintiff also moves to recuse every judge of the U.S. District Court for the District of Columbia and requests the appointment of "Michelle Obama and/or Barack Obama" to serve "as Pro Tem Judge" for the purpose of deciding his case. Pl.'s Mot. to Recuse, ECF No. 13. A federal judge must recuse herself "in any proceeding in which [her] impartiality might reasonably be questioned." 28 U.S.C. § 455(a). "This circuit applies an 'objective' standard: Recusal is required when 'a reasonable and informed observer would question the judge's

<div align="center">

Page **1** of **3**

</div>

Although "*pro se* complaints are held to a less stringent standard than other complaints, even a *pro se* plaintiff bears the burden of establishing that the court has subject-matter jurisdiction." *Carmichael v. Pompeo*, 486 F. Supp. 3d 360, 366 (D.D.C. 2020) (quoting *Curran v. Holder*, 626 F. Supp. 2d 30, 33 (D.D.C. 2009)). Federal courts lack subject-matter jurisdiction over any complaint that is "patently insubstantial," such that it "present[s] no federal question suitable for decision." *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009) (quoting *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994)); *see also Hagans v. Lavine*, 415 U.S. 528, 536 (1974) ("Over the years this Court has repeatedly held that the federal courts are without power to entertain claims . . . if they are . . . wholly insubstantial, obviously frivolous, [or] plainly unsubstantial[.] (cleaned up)). Claims qualify as "patently insubstantial" if they rely on "any bizarre conspiracy theories" or "any sort of supernatural intervention," such that they are "so attenuated and unsubstantial as to be absolutely devoid of merit." *Best*, 39 F.3d at 330–31 (cleaned up).

Plaintiff's claim relies on a bizarre conspiracy theory involving supernatural intervention. He alleges that "a spiritual being" named Satan has "conspired" with an assortment of government officials to steal $1 billion from him and attempt to "Murder" and "Destroy" him. Compl. ¶¶ 5, 12. These unsupported allegations are so "clearly fanciful" that his claim is "absolutely devoid of merit" and therefore insufficient to invoke this court's jurisdiction. *Best*, 39 F.3d at 331 (cleaned up). The court will therefore *sua sponte* dismiss this case.

---

impartiality.'" *SEC v. Loving Spirit Found.*, 392 F.3d 486, 493 (D.C. Cir. 2004) (quoting *United States v. Microsoft Corp.*, 253 F.3d 34, 114 (D.C. Cir. 2001) (en banc)). The only claim Plaintiff makes in support of his Motion to Recuse is that "it has become apparent that [the judges of this court] are all idiots and worshippers of Satan." Pl.'s Mot. to Recuse at 2. But Plaintiff cites no evidence for his conclusory assertion and the court is aware of none. Accordingly, a reasonable and informed observer would not question the court's impartiality.

Page **2** of **3**

6

Accordingly, it is hereby **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of subject-matter jurisdiction and all pending motions are **DENIED**. The Clerk of the Court shall close this case.

**SO ORDERED.**

Date: January 9, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge